UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTINA I. DURAN, | ) Case No. CV 09-7041 CAS(JC) |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed for lack of subject matter jurisdiction.

DATED: May 19, 2010

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE